ORIGINAL



**FILED**

JUN 24 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ENTERED**

JUN 24 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**LODGED**

JUN 22 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  Sean P. and Leslie A. Tucker
2  2001 South Mopac
   722
3  Austin, TX  78746
   Telephone: 310-310-3568
4  Email: sean@2iron.net

Secured Creditors, pro se

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:12-bk-23047-MW |
| JEFFREY SUMNER CHILDS, | Chapter 7 |
| Debtor. | |
| SEAN P. TUCKER and LESLIE A. TUCKER, | Adversary Proc. No. 8:13-ap-01094-MW |
| Plaintiffs, | **JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF SEAN P. TUCKER AND LESLIE A. TUCKER** |
| vs. | |
| JEFFREY SUMNER CHILDS, | |
| Defendant. | |

2149/028473-0001
9413972.1 PM16

1      THIS CAUSE having come before the Court upon Sean P. Tucker and Leslie A.

2  Tucker's (collectively, **"Secured Creditors"**) Complaint to Determine

3  Nondischargeability of Debt, filed on March 8, 2013, thereby initiating Adversary

4  Proceeding No. 8:13-ap-01094-MW against Jeffrey Summer Childs (**"Debtor"**), and

5  raising objections to Dischargeability of Debtor's debt to Secured Creditors, pursuant to 11

6  U.S.C. § 523(a)(2) (false pretenses, false representations, actual fraud), 11 U.S.C. §

7  523(a)(4) (fraud or defalcation as fiduciary, embezzlement, larceny), and 11 U.S.C. §

8  523(a)(6) (willful and malicious injury), and the Court being fully advised, Judgment is

9  hereby entered in favor of Secured Creditors and against Debtor, as follows:

10      1.    The debt owed by Debtor to Secured Creditors is non-dischargeable under 11

11  U.S.C. § 523(a)(2) (false pretenses, false representations, actual fraud), 11 U.S.C. §

12  523(a)(4) (fraud or defalcation as fiduciary, embezzlement, larceny), and 11 U.S.C. §

13  523(a)(6) (willful and malicious injury).

14      2.    The non-dischargeable debt in favor of Secured Creditors and against Debtor

15  is $4,000,000.00 (consisting of Secured Creditor's remaining underlying state court

16  judgment in the sum of $2,275,564.96, post-judgment and pre-bankruptcy interest in the

17  sum of $101,400.00, post-bankruptcy interest in the sum of $815,774.45, and pre and post-

18  bankruptcy fees and expenses in the sum of $807,260.59).  After entry of this Judgment,

19  post-Judgment interest will accrue on the entire amount of the Judgment at the rate of ten

20  percent (10%) per annum.

21      3.    This Judgment of Nondischargeability of Debt is final, for which let

22  execution issue forthwith, and may be immediately recorded, executed upon, and enforced

23  by Secured Creditors, or their assigns, against the assets of Jeffrey Sumner Childs,

24  wherever so located, *subject to the terms of the Stipulation*

25  *for Entry of Judgment, filed June 23, 2016.* (MSW)

26      IT IS SO ORDERED, ADJUDGED, AND DECREED.

27

28                   ###

Date: June 24, 2016

Mark S. Wallace

United States Bankruptcy Judge